No. 02–1842. CITICORP VENTURE CAPITAL, LTD. *v.* COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1844. FRAISER *v.* HOWERTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–1846. ANDERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–1848. KOTTSCHADE *v.* CITY OF ROCHESTER, MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 02–1849. JUDICIAL WATCH, INC. *v.* ROSSOTTI ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–1850. COTTER ET AL. *v.* CITY OF BOSTON, MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–1851. MITRANO *v.* KELLY. Sup. Ct. Vt. Certiorari denied.

No. 02–1852. OLANDER *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–1853. KENNEDY ET AL. *v.* HUGHES ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1854. KANESHIRO, SURVIVING SPOUSE OF KANESHIRO *v.* HOLMES & NARVER, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1855. KINSEY, JUDGE *v.* FLORIDA JUDICIAL QUALIFICATIONS COMMISSION. Sup. Ct. Fla. Certiorari denied.

No. 02–1857. JONES ET AL. *v.* LIBERTY BANK OF COLLINSVILLE, ALABAMA, ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 02–1858. SANDOZ, DBA SANDOZ MAINTENANCE SERVICE, ET AL. *v.* BOCANEGRA ET AL. C. A. 5th Cir. Certiorari denied.